# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIE SUZIE FORTUNE,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** Doing Business As **CHRISTIANA TRUST,** Not In Its Individual Capacity But Solely As Legal Title Trustee For **BRONZE CREEK TITLE TRUST 2013-NPL1, KASS SCHULER P.A.,**
Appellees.

No. 4D18-607

[August 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 15-2536 CACE.

Marie Suzie Fortune, Miramar, pro se.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GERBER, C.J., MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***